Filed in Saunders District Court
*** EFILED ***
Case Number: D06CI260000065
Transaction ID: 0024837729
Filing Date: 04/09/2026 10:14:44 AM CDT

## IN THE DISTRICT COURT OF SAUNDERS COUNTY, NEBRASKA

| | | |
|---|---|---|
| REBECCA HANCOCK, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT AND JURY |
| | ) | DEMAND |
| SAUNDERS COUNTY | ) | |
| SHERIFF'S OFFICE, SHERIFF | ) | |
| CHRIS LICHTENBERG, In His | ) | |
| Individual and Official Capacities | ) | |
| John/Jane Doe Jail Officers 1-5, | ) | |
| In Their Individual Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Rebecca Hancock, by and through undersigned counsel, states and alleges as follows:

## I. INTRODUCTION

1.    This is a civil rights action under 42 U.S.C. § 1983 seeking redress for violations of Plaintiff's rights under the Fourth and Fourteenth Amendments arising from a warrantless, suspicion less, and unlawful strip search conducted after a misdemeanor DUI arrest involving a golf cart.

## II. JURISDICTION AND VENUE

2.    This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because Plaintiff asserts claims arising under federal law, including 42 U.S.C. § 1983.

3.    Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to these claims occurred within this District and Defendants reside or are employed within this District.

# EXHIBIT A

## III. PARTIES

4.      Plaintiff Rebecca Hancock is a natural person and resident of Memphis, Nebraska. On or  4, 2023, Ms. Hancock was arrested for allegedly driving a golf cart under the influence of alcohol.

5.      Defendant Saunders County, Nebraska, is a political subdivision subject to suit under 42 U.S.C. § 1983 for constitutional violations caused by its policies, customs, or practices, and for failures in training, supervision, and discipline amounting to deliberate indifference.

6.      Defendant Saunders County Sheriff's Office is an agency of Saunders County. To the extent it is not a suable entity under Nebraska law, Plaintiff alleges claims against Saunders County as the proper municipal defendant.

7.      Defendant Sheriff Lichtenberg is the final policymaker for Saunders County jail operations and law enforcement, sued in his individual and official capacities.

8.      Defendants John/Jane Doe Jail Officers 1–5 are correctional staff employed at the Saunders County Jail who personally participated in ordering, conducting, or facilitating the strip search of Plaintiff, sued in their individual capacities. Their true names and badge numbers are presently unknown.

## IV. FACTUAL ALLEGATIONS

9.      Following her arrest on or about June 4, 2023, Ms. Hancock was transported to the Saunders County Jail.

At the jail, Ms. Hancock was subjected to a strip search.

10.     Ms. Hancock has extensive law enforcement experience and informed the jailers that their acts violated policy and her constitutional rights.

11.     Despite her objection, the strip search proceeded.

12.    On September 30, 2024, Plaintiff's counsel notified the Saunders County Attorney that Ms. Hancock had retained counsel to pursue a civil rights lawsuit regarding the post-arrest strip search following the golf-cart DUI arrest.

13.    The arrest was for a non-violent, non-felony offense, and at no time did jail staff possess individualized reasonable suspicion that Plaintiff concealed weapons, contraband, or evidence on her person. (Additional particulars to be determined after discovery.)

14.    The strip search described herein was conducted without a warrant, without informed consent, and without lawful justification. (Further details of scope, setting, and personnel to be determined after discovery.)

15.    Upon information and belief, Saunders County maintained policies, customs, or practices authorizing, encouraging, or permitting suspicionless strip searches of arrestees for minor offenses, or failed to train and supervise jail staff adequately on constitutional limits governing intake searches.

## V. CAUSES OF ACTION

### Count I

### 42 U.S.C. § 1983 – Unreasonable Search (Fourth and Fourteenth Amendments) Against John/Jane Doe Jail Officers 1–5 (Individual Capacities)

16.    Plaintiff incorporates Paragraphs 1 through 15 as if fully set forth herein.

17.    Defendants Doe Officers, acting under color of state law, subjected Plaintiff to a strip search without individualized reasonable suspicion, probable cause, or a warrant, and in a manner unreasonable in scope, manner, and justification, violating Plaintiff's rights under the Fourth and Fourteenth Amendments.

18.    The unlawful search caused Plaintiff humiliation, emotional distress, and other damages.

Count II

42 U.S.C. § 1983 – Municipal Liability (Monell)
Against Saunders County

19.    Plaintiff incorporates Paragraphs 1 through 18 as if more fully set forth herein.

20.    The constitutional violations resulted from Saunders County's official policies, customs, and/or practices that authorized or condoned suspicionless strip searches of detainees arrested for minor offenses, and/or from deliberate indifference manifested by failures to train, supervise, and discipline jail staff on constitutional standards governing intake searches.

21.    Saunders County's policies, customs, or failures were the moving force behind the violation of Plaintiff's constitutional rights and her resulting damages.

Count III

42 U.S.C. § 1983 – Supervisory Liability Against
Sheriff Lichtenberg (Individual Capacity)

22.    Plaintiff incorporates Paragraphs 1 through 21 as if fully set forth herein.

23.    Sheriff Chris Lictenberg, acting under color of state law, had actual or constructive knowledge of unconstitutional strip-search practices at the jail, and with deliberate indifference failed to implement adequate policies, training, supervision, and discipline, thereby causing the violation of Plaintiff's constitutional rights.

Count IV

42 U.S.C. § 1983 – Unreasonable Search (Fourth and Fourteenth Amendments) Against Sheriff Lichtenberg (Official Capacity)

24.    Plaintiff incorporates Paragraphs 1 through 23 as if fully set forth herein.

25.    The strip search occurred pursuant to, and was enabled by, official policies, customs, or practices of the Sheriff's Office, rendering the Sheriff in his official capacity liable as an agent of Saunders County.

## Count V

### Neb. Rev. Stat. § 20-148 -Against all Defendants Except Saunders County

26.    Plaintiff incorporates Paragraphs 1 through 25 as if fully set forth herein.

27.    Plaintiff brings this claim under Nebraska law for violation of her civil rights arising from an unlawful strip search conducted after her arrest.

28.    On or about June 4, 2023, Plaintiff Rebecca Hancock was arrested in Saunders County, Nebraska, for allegedly driving a golf cart under the influence of alcohol.

29.    Following her arrest, Ms. Hancock was subjected to a strip search at the jail.

30.    Ms. Hancock has extensive law enforcement experience and informed the jailers that their acts violated policy and her constitutional rights, yet the search proceeded.

31.    Counsel for Ms. Hancock notified the Saunders County Attorney that Ms. Hancock was strip searched after an arrest for driving a golf cart under the influence and that Ms. Hancock retained counsel to pursue a civil rights lawsuit arising from the incident .

32.    Defendants, acting under color of state law, intentionally subjected Plaintiff to an unreasonable, invasive strip search without lawful justification, in violation of Plaintiff's civil rights under Nebraska law, i.e. Neb. Rev. Stat. § 20-148.

33.    The foregoing conduct was willful, wanton, and in reckless disregard of Plaintiff's protected rights under Nebraska law.

34.    As a direct and proximate result of Defendants' violations of Nebraska civil rights law, Plaintiff suffered damages, including emotional distress, humiliation, loss of dignity and other injuries to be proven at trial.

WHEREFORE, Plaintiff requests:

a)    An award of compensatory damages in an amount to be determined at trial;

b)    Statutory damages, if applicable under Nebraska law;

c)    Attorney's fees and costs;

d)    Pre- and post-judgment interest as allowed by law; and

e)    Such other and further relief as the Court deems just and proper.

## VI. DAMAGES

35.    As a direct and proximate result of Defendants' actions, Plaintiff suffered humiliation, invasion of privacy, emotional distress, mental anguish, and loss of dignity; incurred out-of-pocket expenses; and faces ongoing impacts, all in amounts to be determined at trial.

## VII. DEMAND FOR JURY TRIAL

36.    Plaintiff demands a trial by jury on all issues so triable.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants, and award:

a) Compensatory damages in an amount to be proven at trial;

b) Punitive damages against the individual-capacity Defendants in an amount sufficient to punish and deter;

c) Declaratory relief that Defendants' conduct violated Plaintiff's constitutional rights;

d) Injunctive relief prohibiting Defendants from conducting suspicionless strip searches of arrestees for minor offenses and requiring appropriate training, supervision, and policy revisions;

e) Reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988;

f) Pre- and post-judgment interest as allowed by law; and

g) Such other and further relief as the Court deems just and proper.

REBECCA HANCOCK, Plaintiff

Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
PO Box 84936
Lincoln, NE 68501-4936
402/474-8000
powerslaw@me.com

Filed in Saunders District Court
*** EFILED ***
Case Number: D06CI260000065
Doc. No.: 23961
Transaction ID: 0024895323
Filing Date: 04/21/2026 02:07:37 PM CDT

## SERVICE RETURN

SAUNDERS DISTRICT COURT
Judicial Center
387 N. Chestnut, Suite 6
Wahoo                    NE 68066 1863

To:
Case ID: CI 26        65 Hancock v. Saunders County Sheriff's Off

Received this Summons on _____ I hereby certify that on

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chris Lichtenberg
387 North Chestnut
#3
Wahoo NE 68066

9590 9402 9312 4295 9075 97

2. Article Number (Transfer from service label)

1589 0710 5270 2309 7009 16

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Compl Sum

_____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____Chris Lichtenberg_____

At the following address: _____387 North Chestnut, Ste 3_____
_____Wahoo NE 68066_____

on the __15th__ day of __April__ __2026__, as required by Nebraska state law.

Postage $ __11.87__    Attorney for: __Rebecca Hancock, Plaintiff__

The return receipt for mailing to the party was signed on __April 17, 2026__

To: Chris Lichtenberg
387 North Chestnut
Suite 3
Wahoo, NE 68066

From: Vincent M Powers
411 South 13th Street, Suite 300
Lincoln, NE 68508

## ATTACH RETURN RECEIPT & RETURN TO COURT

Filed in Saunders District Court
*** EFILED ***
Case Number: D06CI260000065
Transaction ID: 0024895323
Filing Date: 04/21/2026 02:07:37 PM CDT

## SERVICE RETURN

SAUNDERS DISTRICT COURT
Judicial Center
387 N. Chestnut, Suite 6
Wahoo          NE 68066 1863

To:
Case ID: CI 26      65 Hancock v. Saunders County Sheriff's Off

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Saunders Co Sheriffs Off
c/o Chris Lichtenberg
387 North Chestnut
Ste 3
Wahoo NE 68066

9590 9402 9312 4295 9075 80

2. Article Number (Transfer from service label)

9589 0710 5270 2309 7009 09

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _Saunders County Sheriff's Office,_

At the following address: _c/o Chris Lichtenberg_
_387 North Chestnut, Ste 3_
_Wahoo, NE 68066_

on the _15th_ day of _April_ _2026_, as required by Nebraska state law.

Postage $ _11.87_    Attorney for: _Rebecca Hancock, Plaintiff_

The return receipt for mailing to the party was signed on _April 17, 2026_

To: Saunders County Sheriff's Office
387 North Chestnut
Suite 3
Wahoo, NE 68066

From: Vincent M Powers
411 South 13th Street, Suite 300
Lincoln, NE 68508

# ATTACH RETURN RECEIPT & RETURN TO COURT